UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DORA L. ADKINS,
    Plaintiff,

v. ) CIVIL ACTION NO.: 1:22-cv-1130 (PTG/WEF)

FITNESS INTERNATIONAL, LLC.,
    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that

<u>Dora L. Adkins</u>, *pro se*, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit (from the Order) that stated the following: "the Court hereby OVERRULES Plaintiff's objections, and APPROVES and ADOPTS IN FULL the findings Judge Fitzpatrick set forth in the R&R (Dkt. 3). Accordingly, it is ORDERED that Plaintiff's Motion for Leave (Dkt.1) and IFP Application (Dkt. 2) are DENIED" " It is further ORDERED that this matter be and is DISMISSED WITH PREJUDICE. It is so ORDERED." (See Order for further details). Signed by District Judge Patricia Tolliver Giles on 12/16/2022. (swil)

(s) *[signature: Dora L. Adkins]*

                                                Attorney for Pro Se Appellant
                                                DORA L. ADKINS, PRO SE

                                                <u>P.O. BOX 3825</u>
                                                <u>Merrifield, VA 22116</u>
                                                Address

Dated: <u>December 20, 2022</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,

    Plaintiff, (*pro se*)

    v.    Civil Action No.: :22-cv-1130 (PTG/WEF)

FITNESS INTERNATIONAL, LLC.,

    Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Executed on December 20, 2022 (Date)

**OR**

Dora L. Adkins

(Name of Attorney)

No Telephone Number

(Telephone Number of Attorney)

Prepared or assisted in preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

*/s/ Dora L. Adkins*

Signature of Pro Se Party (Print or Type)

Executed on December 20, 2022 (Date)

.